**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| DANIEL D'AMBROSIA | : Chapter 13 |
| | : |
|          Debtor | : Bankruptcy No. 18-14238AMC |

| | |
|---|---|
| Scott F. Waterman, Esquire | : |
| Standing Chapter 13 Trustee | : Adv. No. 21-24-amc |
|          Plaintiff | : |
| | : |
| vs. | : |
| | : |
| Daniel D'Ambrosia | : |
| dba Danko Painting, LLC | : |
| dba D124 Painting, LLC | : |
| dba Jardel Painting, LLC | : |
|          Defendant | : |

**O R D E R**

**AND NOW**, upon consideration of the Plaintiff's Motion for Default Judgment and after notice,

It is **ORDERED** and **DETERMINED** that:

1. The Motion is **Granted**.

2. Debtor Daniel D'Ambrosia doing business as Danko Painting, LLC, D124 Painting, LLC and Jardel Painting, LLC is hereby denied a Chapter 13 discharge in this case pursuant to 11 U.S.C §§1328(h) and 522(q)(1).

                                          **BY THE COURT:**

Dated: _____                            _____

**Date: June 9, 2021**                           **Ashely M. Chan**
                                                   **United States Bankruptcy Judge**